## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

MOUSSA DIARRA,                                    Civil No. 21-2033 (JRT/TNL)

        Plaintiff,

v.                                                          **ORDER**

U.S. GOVERNMENT, et al.,

        Defendants.

---

Moussa Diarra, #X0380404, DeKalb County Jail, 4425 Memorial Drive, Decatur, GA 30032, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 6, 2021 (ECF No. 6), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 10, 2022                          s/John R. Tunheim
at Minneapolis, Minnesota                         JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court